IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

| | |
|---|---|
| KIM PETER TILLMAN,<br><br>        Plaintiff,<br><br>vs.<br><br>ADVANCED PUBLIC SAFETY, INC. and<br>TRIMBLE NAVIGATION, LTD.<br><br>        Defendants. | Case No. 3:15-cv-72<br><br>**DEFENDANT ADVANCED PUBLIC SAFETY, INC.'S NOTICE OF REMOVAL** |

**COMES NOW** the Defendant, Advanced Public Safety Inc. ("APS"), by and through its undersigned counsel, pursuant to 28 U.S.C. §§ 1332 and 1441 and Local Rule 81, and hereby removes the above-captioned activing action from the District Court for Johnson County, State of Iowa ("state court action", to the United States District Court for the Southern District of Iowa, Davenport Division.   As grounds for removal Defendant APS states as follows:

    1.      On May 26, 2015, Plaintiff, Kim Peter Tillman ("Tillman"), served by mail an Original Notice and Petition at Law upon Defendant APS in the above-captioned matter.[1]

    2.      Attached as Exhibit A are true and correct copies of the Original Notice, Petition and Proof of Service in the state court action.   (*See* Exhibit A-1 Proof of Service, Exhibit A-2 Petition and Jury Demand, Exhibit A-3 Original Notice).   No further

---

[1]      The Proof of Service indicates that Defendant Trimble Navigation Ltd. (not Defendant APS) was served on May 26, 2015, however, Defendant Trimble Ltd. was served by substitute service on May 22, 2015 in California.   It was Defendant APS that was served by mail on May 26, 2015 at 1200 South Pine Island Rd. #250, Plantation, Florida 33324.

proceedings have occurred in the state court action. See Local Rule 81 Statement attached as Exhibit B.

3.      Tillman asserts state law claims for damages, alleging that Defendants (i) breached their contract with Tillman; (ii) wrongfully discharged Tillman in violation of public policy; (iii) wrongfully discharged Tillman in violation of employment written materials; (iv) violated the Iowa Civil Rights Act; (v) wrongfully discharged Tillman in violation of promissory estoppel; (vi) breached the covenant of good faith and fair dealing and (vii) for punitive damages. (Petition).

4.      Plaintiff is a citizen of Iowa and a resident of Linn, Hardin or Johnson County at all material times.  (Petition ¶2).

5.      At the time of commencement of this action, and since that time, APS was, and still is, a citizen of the State of Florida, with its principal place of business in Deerfield Beach, Florida.

6.      At the time of commencement of this action, and since that time, Defendant Trimble Navigation, Ltd. was and still is a citizen of the State of California, with its principal place of business in Sunnyvale, California.

7.      In his Petition, in addition to other relief requested, Tillman specifically requests damages "in the amount of $1,214,251.00 [and] liquidated damages in the amount of $1,214,251.00".  (Petition, Count I, Prayer for Relief).

8.      Accordingly, this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332, and the action is removable to this Court by the Defendant under 28 U.S.C. § 1441(b).

9.     This Notice of Removal is filed with this Court within thirty (30) days after service upon Defendant APS of the Original Notice and Petition at Law in this action and is timely filed pursuant to 28 U.S.C. § 1446.

10.     By filing this Notice of Removal, Defendant APS does not waive any defenses which may be available to it.

WHEREFORE, pursuant to 28 U.S.C. §§ 1332 and 1441, Defendant Advanced Public Safety, Inc. respectfully requests that the aforesaid action now pending against it in the District Court for Johnson County, State of Iowa, be removed to the United States District Court for the Southern District of Iowa, Davenport Division.

SIMMONS PERRINE MOYER BERGMAN PLC

By: /s/Erin R. Nathan
Erin R. Nathan, AT0009092
Graham R. Carl, AT0012246
115 3rd Street SE, Suite 1200
Cedar Rapids, IA 52401-1266
(319) 366-7641; Fax (319) 366-1917
enathan@simmonsperrine.com
gcarl@simmonsperrine.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2015 the foregoing was e-mailed to the following and on June 25, 2015 the foregoing was mailed via U.S. Mail to the following:

Larry J. Thorson
Ackley, Kopecky & Kingery, LLP
4056 Glass Road NE
Cedar Rapids, IA 52402
lthorson@akklaw.com

/s/Erin R. Nathan